UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLIE BAILON,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>POLLEN PRESENTS, TRIPPER NETWORK TRAVEL EXPERIENCES INC., WYNN RESORT HOLDINGS LLC, WYNN RESORT LIMITED, JUSTIN BIEBER, SCOTTER BRAUN PROJECTS LLC, and STREET TEAM SOFTWARE LLC,<br><br>                    Defendants. | 22 Civ. 6054 (KPF)<br><br>**AMENDED ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's motion to amend her Complaint, filed at docket entry 7. The Court previously ordered Plaintiff to file an amended complaint incorporating any new information and exhibits she wishes to include. (Dkt. #12). To date, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff is hereby ORDERED to file an amended complaint if she so wishes by September 16, 2022. The amended complaint will supplant the Complaint filed at docket entry 1, and the Court will not refer to the earlier-filed Complaint once the amended complaint is filed. As such, Plaintiff must include any facts and claims she wishes to remain a part of his case in the amended complaint.

SO ORDERED.

Dated:  August 29, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge