UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLIE BAILON, <br><br> Plaintiff, <br><br> -v.- <br><br> POLLEN PRESENTS *a/k/a* POLLEN SB PROJECTS LLC *a/k/a* SCOOTER BRAUN and ALLISON JAMIE KAYER, TRIPPER NETWORK TRAVEL EXPERIENCE *d/b/a* TRIPPER, WYNN RESORTS HOLDINGS, WYNN RESORTS LIMITED, JUSTIN BIEBER, SCOOTER BRAUN PROJECTS LLC *a/k/a* SCOOTER BRAUN, <br><br> Defendants. | 22 Civ. 6054 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's response to Defendants' letters regarding a pre-motion conference in this matter. (Dkt. #36). As the Court previously ordered, the parties should come prepared to discuss Plaintiff's response and the pre-motion letters filed by Defendants during the pre-motion conference scheduled for **November 15, 2022**.

The Clerk of Court is further directed to seal docket entry 36, and make it viewable only to the parties and to the Court, due to the sensitive personal information contained in that filing.

SO ORDERED.

Dated:   October 6, 2022
         New York, New York

                                          *Katherine Polk Failla*
                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge