UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLIE BAILON,<br><br>                    Plaintiff,<br><br>                    -v.-<br><br>POLLEN PRESENTS *a/k/a* POLLEN SB PROJECTS LLC *a/k/a* SCOOTER BRAUN *d/b/a* STREET TEAM SOFTWARE LLC; TRIPPER NETWORK TRAVEL EXPERIENCE *d/b/a* TRIPPER; WYNN RESORTS HOLDINGS; WYNN RESORTS LIMITED; JUSTIN BIEBER; SCOOTER BRAUN PROJECTS LLC *a/k/a* SCOOTER BRAUN *a/k/a* ALISON JAMIE KAYE,<br><br>                    Defendants. | 22 Civ. 6054 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is scheduled to hold a pre-motion conference in this case on **November 15, 2022, at 12:00 p.m.** In light of the substance to be discussed at the conference, the parties shall appear by video. Instructions to video participants will be sent in advance of the pre-motion conference.

SO ORDERED.

Dated:   November 10, 2022
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge