# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue |  |
|---|---|---|
| Matthew Solum, P.C. | New York, NY 10022 |  |
| To Call Writer Directly: | United States | Facsimile: |
| +1 212 446 4688 | +1 212 446 4800 | +1 212 446 4900 |
| matthew.solum@kirkland.com |  |  |
|  | www.kirkland.com |  |

November 22, 2022

**VIA ECF**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Bailon v. Pollen Presents et al.*, Case No. 22-cv-06054 (KPF)

Dear Judge Failla:

    We represent Defendants Wynn Resorts Holdings, LLC and Wynn Resorts, Limited (collectively, "Wynn") in the above-captioned matter. Under Rule 2(D) of the Court's Individual Rules of Practice in Civil Cases, we write to request an adjournment of the pre-motion conference currently scheduled for December 2, 2022, at 11:00 a.m. (the "Pre-Motion Conference").

    Wynn's counsel has a scheduling conflict at the time of the Pre-Motion Conference. Wynn has previously sought one extension of time to respond to the Amended Complaint because the Court had not yet held a pre-motion conference and because several Defendants had not yet appeared (Dkt. #24). The Court granted Wynn's prior request for an extension of time in part (Dkt. #25). Counsel for Defendant Justin Bieber consents to this Request. Plaintiff does not consent to this Request.

    Wynn appreciates the Court's consideration of and attention to this matter.

Respectfully submitted,

*/s/ Matthew Solum*

Matthew Solum, P.C.

Application GRANTED.  The pre-motion conference scheduled to take place on December 2, 2022, is hereby **ADJOURNED to December 8, 2022, at 12:00 p.m.**  The conference will take place by video, and instructions to video participants will be sent in advance of the conference.

The Clerk of Court is directed to terminate the pending motion at docket entry 51.

Dated:    November 22, 2022          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE