UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLIE BAILON,<br><br>      Plaintiff,<br><br>      -v.-<br><br>POLLEN PRESENTS *a/k/a* POLLEN SB PROJECTS LLC *a/k/a* SCOOTER BRAUN *d/b/a* STREET TEAM SOFTWARE LLC; TRIPPER NETWORK TRAVEL EXPERIENCE *d/b/a* TRIPPER; WYNN RESORTS HOLDINGS; WYNN RESORTS LIMITED; JUSTIN BIEBER; SCOOTER BRAUN PROJECTS LLC *a/k/a* SCOOTER BRAUN *a/k/a* ALISON JAMIE JAYE,<br><br>      Defendants. | 22 Civ. 6054 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  Due to a scheduling conflict, the pre-motion conference scheduled to take place on December 8, 2022, is hereby **ADJOURNED to December 21, 2022, at 10:00 a.m.** Instructions to video participants will be sent in advance of the pre-motion conference.

  SO ORDERED.

Dated: December 7, 2022
     New York, New York

                  *[signature]*
                KATHERINE POLK FAILLA
                United States District Judge