UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOLIE BAILON, <br><br> Plaintiff, <br><br> v. <br><br> POLLEN PRESENTS and SCOOTER BRAUN PROJECTS LLC, <br><br> Defendants. | Case No. 2:23-cv-01742-GMN-EJY <br><br> **ORDER** |

Pending before the Court is Plaintiff's Request for Clarification. ECF No. 93. Plaintiff asks the Court to state whether her Motion to Amend her Complaint (ECF No. 90) is granted. The answer is no. The Motion remains pending for decision. The Court recently advised Plaintiff that she must serve Defendants Pollen Presents and Scooter Braun Projects LLC by January 13, 2024 to avoid dismissal of the case. ECF No. 92.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Clarification (ECF No. 93) is GRANTED consistent with the information stated above.

Dated this 15th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1