UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOLIE BAILON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>POLLEN PRESENTS and SCOOTER BRAUN PROJECTS LLC,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01742-GMN-EJY<br><br>**REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 90 |

Pending before the Court is Plaintiff's Request for Leave to Amend. ECF No. 90. Plaintiff fails to attach a copy of what would be her proposed fifth amended complaint to her Motion, which violates United States District Court for the District of Nevada Local Rule 15-1(a) stating in pertinent part: "the moving party must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading."[1]

Based on Plaintiff's failure to attach a proposed fifth amended complaint to her Motion and that Plaintiff has had enumerable opportunities to amend,[2] IT IS HEREBY RECOMMENDED that Plaintiff's Request for Leave to Amend (ECF No. 90) be DENIED with prejudice.

Dated this 17th day of January, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 14, 2023, the Honorable Gloria M. Navarro entered an Order stating: "For good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff shall have until January 13, 2024, to properly serve Defendants Pollen Presents and Scooter Braun Projects LLC. No more extensions will be given, and failure to timely serve these Defendants will result in the case being dismissed without prejudice." ECF No. 92 (emphasis in original).

[2] *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992) (noting discretion to deny leave to amend is particularly broad where court has afforded plaintiff one or more opportunities to amend his complaint).

1

## **NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).