UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOLIE BAILON, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:23-cv-01742-GMN-EJY |
| vs. ) | |
| ) | **ORDER ADOPTING** |
| POLLEN PRESENTS, *et al.*, ) | **REPORT AND RECOMMENDATION** |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court are the Report and Recommendations ("R&Rs"), (ECF Nos. 100, 101), of United States Magistrate Judge Elayna J. Youchah, which recommend (1) denying Plaintiff's request for leave to amend with prejudice and (2) dismissing her case without prejudice such that if Plaintiff has state common law claims that she believes are viable, Plaintiff may bring those claims before the Eighth Judicial District Court for Clark County, Nevada.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been

filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadlines to do so have passed. (*See* R&Rs, ECF Nos. 100, 101) (setting January 31, 2024, and February 1, 2024, deadlines for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendations, (ECF Nos. 100, 101), are **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close the case.

Dated this __9__ day of February, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court